■ In the Matter of ISRAEL G. GROSSMAN, Admitted as ISRAEL GEDALIAH GROSSMAN, a Disbarred Attorney.—Motion for an order, inter alia, vacating the order of this Court entered on January 26, 1988 (135 AD2d 1) denied in its entirety. Concur—Carro, J. P., Ellerin, Ross, Kassal and Smith, JJ.